FILED

06/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0244

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| LOW ENTERPRISES INC., | ) | Case No. DA 20-0244 |
|---|---|---|
| Plaintiff/Appellee, | ) ) ) | **ORDER GRANTING STIPULATION TO DISMISS APPEAL WITH PREJUDICE** |
| -vs- | ) ) | |
| CNC FACTORY CORPORATION, | ) ) | |
| Defendants/Appellant. | ) ) | |
| _____ | ) | |

Upon the Parties' Stipulation to Dismiss Appeal with Prejudice and for good cause appearing therefor,

IT IS ORDERED, AND THIS DOES ORDER, that the appeal on file herein is dismissed with prejudice for the reason that the issues in this appeal are completely settled.

DATED this _____ day of June, 2020.


_____
CHIEF JUSTICE


**ORDER - Page 1**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 25 2020